**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EDWARD MACIAS, | ) | NO. CV 10-1528-RSWL(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| GEORGE A. NEOTTI, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 3-05-10.

*RONALD S.W. LEW*

_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE